# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CITY OF PROVIDENCE,
    Plaintiff,

  v.

                                                                                       C.A. No. 13-307 WES

WARNER CHILCOTT PUBLIC
LIMITED COMPANY, et al.,
    Defendants.

## **JUDGMENT**

**[ ]** Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[ X ]** Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to Order entered on September 1st, 2020 by this Court in MDL No. 2472.

                                                                      Enter:

                                                                      /s/ Ryan H. Jackson

                                                                      Deputy Clerk

Dated: September 3rd, 2020